BEFORE THE THIRD DIVISION. MAY 22, 1939

No. 41366.—Protests 961422–G, etc., of Bullocks, Inc., et al. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Arconti Hardware Co.* v. *United States* (T. D. 49573) certain items were held dutiable at 20 percent under paragraph 210, and earthenware toys were held dutiable at 70 percent under paragraph 1513 as claimed.

No. 41367.—Protest 894171–G of Bullocks, Inc. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Arconti Hardware Co.* v. *United States* (T. D. 49573) the decorated earthenware in question was held dutiable at 20 percent and the plain at 15 percent under paragraph 210 as claimed.

No. 41368.—Protests 959865–G, etc., of Armour & Co. et al. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kraft* v. *United States* (T. D. 47955) it was held that an allowance should have been made in the weight of the cheese in question for the covering.

No. 41369.—Protest 975571–G of A. Fantis (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel it was held that an allowance should have been made in the weight of the cheese in question to compensate for the fuller's earth covering. Abstract 39667 followed.

MAY 22, 1939

No. 41370.—SUIT 4114.——*David L. Moss Co., Inc.* v. *United States.* T. D. 48985 affirmed.